UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| LUIS VEGA, | ) | No. CV 10-4464-DMG (PLA) |
|     Petitioner, | ) ) ) | **JUDGMENT** |
|     v. | ) ) | |
| MATTHEW CATE, et al., | ) ) | |
|     Respondents. | ) ) | |

    Pursuant to the order accepting the findings, conclusions and recommendation of the United States Magistrate Judge,

    IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: April 15, 2014

                                                                                           DOLLY M. GEE
                                                         UNITED STATES DISTRICT JUDGE